# UNITED STATES DISTRICT COURT
## District of Minnesota

Husni Sharif Abdi,

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood, Sheriff Joel Brott,

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 25-cv-04620-KMM-LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for a writ of habeas corpus is GRANTED.
2. The Court DECLARES that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and ENJOINS respondents from denying release or other relief on the basis that he is subject to such mandatory detention.
3. The Court ORDERS Respondents to immediately release Petitioner. Such release shall be on the same terms and conditions that governed Husni A. through the original release order.
4. Finally, the Court ORDERS Respondents to file notice on the docket within 24 hours of Petitioner's release, confirming that the release has occurred.

Date: 1/16/2026

KATE M. FOGARTY, CLERK